# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2473
_____

CHARLES HOWARD VINCENT,

Appellant,

v.

STATE OF FLORIDA DEPARTMENT
OF REVENUE CHILD SUPPORT
PROGRAM,

Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Ana M. Garcia, Judge.


November 17, 2025

PER CURIAM.

The Court denies Appellant's renewed emergency motion to stay enforcement proceedings, filed on November 17, 2025. We summarily affirm for failure to show a preliminary basis for reversal. *See* Fla. R. App. P. 9.315(a).

ROWE, BILBREY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Charles Howard Vincent, pro se, Appellant.

James Uthmeier, Attorney General, and Sarah C. Prieto, Assistant Attorney General, Tallahassee, for Appellee.